UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARLENE Y. BAILEY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a business entity form unknown; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10, a business entity form unknown; NBS DEFAULT SERVICES, LLC, a business entity form unknown; and DOES 1-100, inclusive<br><br>　　　　　　　　Defendants. | Case No.<br>EDCV 16-00447-JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, the Motion for Summary Judgment by Defendants Specialized Loan Servicing, LLC and The Bank of New York Mellon is GRANTED.  Plaintiff's Complaint against Defendants Specialized Loan Servicing, LLC and The Bank of New York Mellon is DISMISSED.

//

1       Judgment is entered in favor of Specialized Loan Servicing, LLC and The
2 Bank of New York Mellon.

4  Dated: March 2, 2017

                                          THE HONORABLE JESUS G. BERNAL
                                          United States District Judge