JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARLENE Y. BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a business entity form unknown; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10, a business entity form unknown; NBS DEFAULT SERVICES, LLC, a business entity form unknown; and DOES 1 through 100, Inclusive,<br><br>    Defendants. | Case No.<br>EDCV 16-447 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently herewith, Plaintiff Marlene Y. Bailey's Motion for Entry of Default Judgment against Defendant NBS Default

Services, LLC ("NBS") is DENIED and the First Amended Complaint is DISMISSED as to NBS.  Judgment is entered in favor of NBS.

Dated: June 20, 2017

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge